# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARISOL GONZALES,**
        **Plaintiff,**

-vs-                                        **Case No. 6:06-cv-1762-Orl-28JGG**

**HAIR CLUB FOR MEN, LTD., INC.,**
        **Defendant.**

## ORDER

This case is before the Court on the Joint Motion to Approve Settlement and Dismiss Action with Prejudice (Doc. No. 45) filed September 6, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed September 17, 2007 (Doc. No. 46) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion to Approve Settlement and Dismiss Action with Prejudice is **GRANTED** and the Settlement is **APPROVED**.

3. This case is dismissed with prejudice.

4. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __10__ day of October, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party